THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST SHEET METAL
WORKERS WELFARE FUND,

              Plaintiffs, *et al.*,

    v.

BUTTE TIN SHOP,

              Defendant.

CASE NO. C16-1737-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court *sua sponte*. The Clerk entered a default order on March 28, 2017. (Dkt. No. 9.) Plaintiffs have taken no action since then. Plaintiffs are ORDERED to show cause why this case should not be dismissed for failure to prosecute. Plaintiffs' response is due by Friday, June 9, 2017.

    DATED this 30th day of May 2017.

                    William M. McCool
                    Clerk of Court

                    s/Paula McNabb
                    Deputy Clerk