UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS WELFARE FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUTTE TIN SHOP, <br><br> Defendant. | CASE NO. C16-1737-JCC <br><br> ORDER OF DEFAULT JUDGMENT |

This matter comes before the Court on the motion for default judgment from Plaintiffs Northwest Sheet Metal Workers Welfare Fund, Pension Fund, and Supplemental Pension Fund (Dkt. No. 11). Defendant Butte Tin Shop has not voluntarily appeared in this action, and the Clerk has entered an order of default. (Dkt. No. 9.) Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained herein.

"At the default judgment stage, the court presumes all well-pleaded factual allegations related to liability are true." *Curtis v. Illumination Arts, Inc.*, 33 F. Supp. 3d 1200, 1211 (W.D. Wash. 2014); *see TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 917-18 (9th Cir. 1987). However, factual allegations relating to the amount of damages are not taken as true. *Curtis*, 33 F. Supp. 3d at 1211. A "plaintiff is required to prove all damages sought in the complaint, and

the court must ensure that the amount of damages is reasonable and demonstrated by the evidence." *Id.*

Plaintiffs allege that Defendant was a signatory to a collective bargaining agreement with Northwest Sheet Metal Workers, Local (103), and was obligated to make payments to the funds at issue. (Dkt. No. 1 at ¶ 5; Dkt. No. 12 at ¶ 6.) The agreement also provides for liquidated damages, interest, and attorney fees and costs if contributions are not made. (Dkt. No. 12 at ¶¶ 10–12.) Defendant has failed to make timely contributions since January 2012. (*Id.* at ¶ 12, pp. 151–210.)

Taking these allegations as true, the Court finds they are sufficient to establish liability. Further, Plaintiffs have provided evidence to support the amount of damages. (*Id.* 12.)

It is hereby ORDERED that:

1. Plaintiffs' motion for default judgment (Dkt. No. 11) is GRANTED.
2. Default judgment is entered in favor of Plaintiffs Northwest Sheet Metal Workers Welfare Fund, Pension Fund, and Supplemental Pension Fund against Defendant Butte Tin Shop.
3. Plaintiffs are AWARDED:
    a. $83,842.06 in employee benefit contributions due for the period of January 2012 through April 2017, inclusive, with interest at the rate of 1.16% per annum until paid;
    b. $14,888.03 in liquidated damages for the period of January 2012 through April 2017, inclusive, with interest at the rate of 1.16% per annum until paid;
    c. $35,537.10 in pre-judgment interest through June 9, 2017 on January 2012 through April 2017 contributions, with interest at the rate of 1.16% per annum until paid; and
    d. $2,919.00 in attorney fees, with interest at the rate of 1.16% per annum until paid.

1      The Clerk is DIRECTED to close this case.

2      DATED this 21st day of June 2017.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DEFAULT JUDGMENT
PAGE - 3